Albums  Right Click to Zoom In



Savatage
" From The Gutter
To The Stage "
1996




EXHIBIT "A"