# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-873-769**

**Effective date of registration:**

October 21, 2008

## Title
**Title of Work:** rose guitar

## Completion/Publication
**Year of Completion:** 1992
**Date of 1st Publication:** November 1, 1992   **Nation of 1st Publication:** United States

## Author
**Author:** Gary Owen Smith
**Author Created:** artwork
**Work made for hire:** Yes
**Citizen of:** United States   **Domiciled in:** United States
**Year Born:** 1961

## Copyright claimant
**Copyright Claimant:** Gary Owen Smith
6311 Wardwell St., New Port Richey, FL, 34653, United States

## Rights and Permissions
**Organization Name:** Art Attack Studios
**Name:** Gary Owen Smith
**Address:** 6311 Wardwell St.
New Port Richey, FL 34653  United States

## Certification
**Name:** Gary Owen Smith
**Date:** October 2, 2008



EXHIBIT "B"

Page 1 of 1