**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Trans-Siberian Orchestra, Inc.
Street, Apt. No.; or PO Box No.: 425 Lake Ned Road SE
City, State, ZIP+4: Winter Haven, FL 33884

PS Form 3800, January 2001    See Reverse for Instructions

7346 3843 0003 0460 7001



EXHIBIT "C"

# MACFARLANE FERGUSON & MCMULLEN

ATTORNEYS AND COUNSELORS AT LAW

1611 HARDEN BOULEVARD
LAKELAND, FLORIDA 33803
(863) 687-8320 FAX (863) 683-2849

ONE TAMPA CITY CENTER, SUITE 2000
201 NORTH FRANKLIN STREET
P.O. BOX 1531 (ZIP 33601)
TAMPA, FLORIDA 33602
(813) 273-4200 FAX (813) 273-4396

www.mfmlegal.com
EMAIL: info@mfmlegal.com

625 COURT STREET
P. O. BOX 1669 (ZIP 33757)
CLEARWATER, FLORIDA 33756
(727) 441-8966 FAX (727) 442-8470

IN REPLY REFER TO:

Tampa

December 22, 2008

*Via certified mail*

Trans-Siberian Orchestra, Inc.
c/o Paul O'Neil, Registered Agent
425 Lake Ned Road SE
Winter Haven, Florida 33884

Dear Mr. O'Neil:

We have been retained to represent Mr. Gary Smith of Art Attack Studios, Inc., with respect to intellectual property matters. As you know or should know, Mr. Smith owns the exclusive rights to a piece of art work, the sole use, right to use the copyright contents and ability to sell that image under U.S. Copyright No. TX 6-873-769 (the "Copyright"). A picture of the artwork that he created and which is copyrighted is attached to this letter as Exhibit "A".

We have learned that you have sold and currently are offering and selling infringing items representing Mr. Smith's artwork without our client's authorization in violation of the Copyright, including but not limited to: t-shirts, keychains, headwear, apparel, song books, album covers, and assorted merchandise. Furthermore the image has been used in other artwork on your website (http://www.trans-siberian.com) and is made available for use as a downloadable icon and wallpaper. The Copyrighted image has also been used by Greg Hildebrandt in additional artwork, additionally infringing upon our client's rights. The copyrighted image is also being infringed by you on other multimedia, album covers including us at concerts and on tour by the band. These products (the "Infringing Products") depict an exact duplicate and clear representation of the copyrighted artwork and infringe upon the Copyright. The fact that you knew this artwork was the intellectual property of another but still engaged in the unauthorized manufacture, use, and or sale of the Infringing Products makes you liable for willful infringement.

You are also operating a website, www.trans-siberian.com (the "Infringing Website"), which repeatedly implements the unauthorized use of Mr. Smith's copyrighted image. The operation of the Infringing Website and manufacturing/selling of copyrighted material constitutes an infringing act under U.S. copyright law. As a result of the infringement, you are subject to various liabilities including: (1) the issuance of an injunction to prevent future infringements (see 17 U.S.C. §502); (2) the impounding and destruction of all copies made in

violation of the copyright (see 17 U.S.C. §503); (3) the recovery of actual damages suffered as a result of the infringement as well as any that are attributable to the infringement (see 17 U.S.C. § 504); and (4) an award of the costs and attorney's fees incurred in defending its copyrights (see 17 U.S.C. §505).

Your tortious activities further include the unauthorized use of the copyrighted image in connection with the sale of Infringing Products. Even without a registration, strong common law rights exist in the artwork created by Mr. Smith by virtue of our client's prior and continuous use of the image in commerce. These activities further constitute misappropriation of advertising and unfair competition pursuant to statutory and common law. See, e.g. Section 43(a) of the Lanham Act, 15 U.S.C. § 1051 et seq. You have also engaged in unfair competition in violation of the Lanham Act by making misrepresentations to our client's consumers as well as to the consuming public. You are also liable for tortiously interfering with our client's business relationships. Consequently, our client is entitled to recover damages and attorney's fees under these theories as well.

We have reason to believe that these actions are willful and with malicious intent. Based on the foregoing, our client is entitled to trebled damages and attorney's fees and costs incurred in connection with this matter. Consequently, we formally demand that you cease and desist forthwith all manufacturing, marketing and selling of the Infringing Products, use of the infringing images and operation of the Infringing Website as it pertains to the use and exploitation of Mr. Smith's artwork. We also demand an accounting of all merchandise sold by or for you using the copyrighted image, as well as written confirmation of your intention to satisfy these demands. Failure to meet these reasonable demands and cease this infringing activity can only be interpreted as willful infringement.

While our client fully intends to police and enforce its rights, it does not hastily enter into expensive and prolonged litigation. Therefore, we are seeking your written assurance that you will meet our reasonable demands and to determine if any basis exists for resolving this matter without resorting to federal litigation. Your response or that of your attorney, accepting these reasonable terms, is required within ten business days.

Very Truly Yours,

Noel P. McDonell, Esq.

NPM/kdl
Enclosure
cc:    client
       Greg Steube, Esq.
       Josh Magidson, Esq.





