**Kimberly LaPorte**

| | |
|---|---|
| From: | Paul Fakler [pfakler@MOSESSINGER.COM] |
| Sent: | Wednesday, January 14, 2009 11:41 AM |
| To: | Noel P McDonell |
| Cc: | Ross J. Charap |
| Subject: | Gary Smith / Trans-Siberian Orchestra |

Dear Ms. McDonell:

We are intellectual property and litigation counsel to Mr. Paul O'Neill and Trans-Siberian Orchestra. Our client has forwarded us your letter of December 22, 2008 for our review, and we are in the process of investigating and assessing the allegations set forth therein. We note that you allege Mr. Smith owns a copyright registration for the artwork at issue, Registration No. TX 6-873-769. According to the United States Copyright Office records, no registration exists with that registration number. Moreover, as we would hope you are aware, a "TX" prefix on a copyright registration number indicates a registration for a literary work, not a work of visual art. Our searches of the Copyright Office records did not reveal any registrations in Mr. Smith's name covering the artwork. If Mr. Smith has truly obtained a registration in his name for the artwork at issue, please forward a copy of the registration certificate and corresponding deposit copy so that we may fully evaluate the claims made in your letter.

Regards,
Paul Fakler


**MOSES & SINGER LLP**
COUNSELORS AT LAW


| website | vCard | bio | map | email |

**PAUL M. FAKLER | 212.554.7632**
The Chrysler Building | 405 Lexington Avenue | New York, NY 10174-1299
Tel 212.554.7800 | Fax 917.206.4336

MSI Global Alliance is an international alliance of independent legal and accounting firms, with over 250 member firms in 100 countries. 

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************************************

This message is being sent from a Law Firm and may contain CONFIDENTIAL or PRIVILEGED information. If you are not the intended recipient, do not printout, copy or distribute this message or any attachments. Advise the sender immediately by reply e-mail, and delete this message and attachments without retaining a copy.



1/15/2009