# MACFARLANE FERGUSON & MCMULLEN

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| 1611 HARDEN BOULEVARD<br>LAKELAND, FLORIDA 33803<br>(863) 687-8320  FAX (863) 683-2849 | ONE TAMPA CITY CENTER, SUITE 2000<br>201 NORTH FRANKLIN STREET<br>P.O. BOX 1531 (ZIP 33601)<br>TAMPA, FLORIDA 33602<br>(813) 273-4200  FAX (813) 273-4396<br>www.mfmlegal.com<br>EMAIL: info@mfmlegal.com | 625 COURT STREET<br>P. O. BOX 1669 (ZIP 33757)<br>CLEARWATER, FLORIDA 33756<br>(727) 441-8966  FAX (727) 442-8470<br>IN REPLY REFER TO:<br>Tampa |

January 22, 2009

*Via facsimile & U.S. mail*

Paul M. Fakler
Moses & Singer, LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174-1299

Dear Mr. Fakler:

    We are in receipt of your correspondence sent via email on January 14, 2009. Enclosed please find a copy of the Certificate of Registration which clearly indicates Gary Smith has a registered copyright for his artwork. Accordingly, we need not address your incorrect assertions further.

    Please advise if you need additional time to respond the claims contained in our December 22, 2008 correspondence. Absent your timely response, we will proceed as indicated in our previous correspondence.

Very Truly Yours,

Noel McDonell

NPM/kdl
Enclosure


EXHIBIT "E"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**TX 6-873-769**

Effective date of registration:

October 21, 2008

### Title
- **Title of Work:** rose guitar

### Completion/Publication
- **Year of Completion:** 1992
- **Date of 1st Publication:** November 1, 1992
- **Nation of 1st Publication:** United States

### Author
- **Author:** Gary Owen Smith
- **Author Created:** artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1961

### Copyright claimant
- **Copyright Claimant:** Gary Owen Smith
  6311 Wardwell St., New Port Richey, FL, 34653, United States

### Rights and Permissions
- **Organization Name:** Art Attack Studios
- **Name:** Gary Owen Smith
- **Address:** 6311 Wardwell St.
  New Port Richey, FL 34653 United States

### Certification
- **Name:** Gary Owen Smith
- **Date:** October 2, 2008

Page 1 of 1