IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY SMITH, d/b/a
ART ATTACK STUDIOS,

   Plaintiff,

vs.

TRANS-SIBERIAN ORCHESTRA,
a Florida corporation, PAUL O'NEILL, and
GREG HILDEBRANDT,

   Defendants.
_____/

Case No.: 09-cv-01013-VMC-EAJ

## UNOPPOSED MOTION AND MEMORANDUM OF LAW OF DEFENDANT GREG HILDEBRANDT FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Local Rule 3.01(c), Defendant Greg Hildebrandt ("Hildebrandt") files this unopposed motion seeking leave to file a reply to *Plaintiff Gary Smith's Response to Greg Hildebrant's Motion to Dismiss for Lack of Personal Jurisdiction* (the "Response").  Hildebrandt seeks leave to file a reply brief for the purpose of refuting the legal and evidentiary standards advocated by Plaintiff in his Response and of ensuring the Court receives full briefing on these critical issues.  Hildebrant's proposed Reply Brief would be no longer than six (6) pages, including the caption and signature block.  Hildebrandt's counsel has conferred with opposing counsel with respect to the relief sought by this Motion, and opposing counsel does not object to the filing of a reply brief.  The grounds for this motion are incorporated in the following Memorandum of Law.

768675v1  009397.0103

## Memorandum of Law

In his Motion to Dismiss, Hildebrandt argued that the Complaint does not plead facts sufficient to support the exercise of personal jurisdiction over him, that Florida's long-arm statute does not reach him, and that exercising personal jurisdiction over him would violate due process. The Motion to Dismiss cited extensively to case law from the Eleventh Circuit Court of Appeals and from United States District Courts in Florida. Hildebrand further supported his Motion to Dismiss by submitting a declaration attesting to his lack of contact with the State of Florida.

In an effort to demonstrate that Hildebrandt is subject to personal jurisdiction in this Court, Plaintiff's Response relies almost exclusively on case law from Florida state courts. Plaintiff also incorrectly characterizes the evidence presented in Hildebrandt's declaration.

Hildebrandt should be permitted to file a reply brief because the reply brief would succinctly distinguish the case law cited by Plaintiff from the controlling federal case law governing the exercise of personal jurisdiction in Florida's district courts, and would refute Plaintiff's arguments that Hildebrandt's evidence fails to demonstrate a lack of minimum contacts with the State of Florida. Moreover, the reply brief would assist this Court in assessing the fundamental constitutional issue of whether Hildebrandt is properly subject to this Court's jurisdiction.

The reply brief that Hildebrandt seeks leave to file would present arguments and address issues not previously briefed by Hildebrandt, and would likely assist the Court in properly analyzing the relevant facts and pertinent law. The reply brief would not merely re-argue the same points originally argued in Hildebrandt's Motion to Dismiss. Moreover, Plaintiff does not oppose Hildebrandt's filing of a reply brief.

## Conclusion

WHEREFORE, Defendant Greg Hildebrandt respectfully requests that this Unopposed Motion for Leave to File a Reply Brief be granted and that he be permitted to file a reply brief within ten days of this Court's Order.

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ James J. McGuire
Carol Jean LoCicero
  Florida Bar No. 0603030
James J. McGuire
  Florida Bar No. 0187798
400 N. Ashley Drive, Suite 1100
Tampa, FL  33602
Tel: (813) 984-3060
Fax: (813) 984-3070
clocicero@tlolawfirm.com
jmcguire@tlolawfirm.com

and

Paul M. Fakler
  New York Bar No. 2940435
Ross J. Charap
  New York Bar No. 1117381
MOSES & SINGER LLP
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
pfakler@mosessinger.com
rcharap@mosessinger.com

Attorneys for Defendants

## GOOD FAITH CERTIFICATE

WE HEREBY CERTIFY that counsel for Defendants has conferred with opposing counsel regarding the subject of this Motion and opposing counsel does <u>not</u> oppose the relief sought herein.

/s/ James J. McGuire
Attorney

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 23rd day of July, 2009, to:

Noel P. McDonnell, Esq.
Florida Bar No. 0899232
MCFARLANE FERGUSON & MCMULLEN
P.O. Box 1531
Tampa, FL 33601
Telephone (813) 273-4330
Facsimile (813) 273-4396
Email: NPM@macfar.com

Attorney for Plaintiff

/s/ James J. McGuire
Attorney