UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GARY SMITH, d/b/a,**
**ART ATTACK STUDIOS**

    **Plaintiff,**

v.                                                                       Case No.: 8:09-CV-1013-T-33EAJ

**TRANS-SIBERIAN ORCHESTRA,**
a Florida corporation, **PAUL O'NEILL,** and
**GREG HILDEBRANDT,**

    **Defendants.**
_____/

## ORDER

Before the court are Plaintiff's **Unopposed Motion for Limited Discovery** (Dkt. 20), filed on August 7, 2009, and Defendant Greg Hildebrandt's ("Hildebrandt's") **Opposition to Plaintiff's Request for Oral Argument** (Dkt. 21), filed August 11, 2009. Plaintiff requests permission to serve interrogatories addressing the issue of personal jurisdiction upon Hildebrandt. In the same motion, Plaintiff also requests that the court schedule oral argument on the motion to dismiss Hildebrandt filed on July 13, 2009 (Dkt. 20). Hildebrandt does not oppose Plaintiff's request for limited discovery but does object to his request for oral argument (Dkt. 21 at 2).

Upon consideration, Plaintiff's **Unopposed Motion for Limited Discovery** (Dkt. 20) is **GRANTED in part**.

    (1)    Within ten days of this order, Plaintiff shall serve interrogatories addressing the issue of personal jurisdiction upon Hildebrandt. Hildebrandt shall serve the interrogatory responses upon Plaintiff and file them with the Clerk of the Court.

    (2)    In reference to Plaintiff's request for oral argument on Hildebrandt's motion to

dismiss, the District Judge will rule on this request.

**DONE AND ORDERED** in Tampa, Florida on this 18th day of August, 2009.

_/s/ Elizabeth A. Jenkins_
ELIZABETH A JENKINS
United States Magistrate Judge