UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY SMITH d/b/a ART
ATTACK STUDIOS,

       Plaintiff,
vs.                              Case No.: 8:09-cv-1013-T-33EAJ

TRANS-SIBERIAN ORCHESTRA,
ET AL.,
       Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Spiderwebart Gallery, Inc.'s Emergency Motion to Stay Order Denying Motion to Dismiss for Lack of Personal Jurisdiction Pending Petition for Writ of Mandamus (Doc. # 100), which was filed on March 7, 2011. Plaintiff Gary Smith filed a Response in Opposition to the Motion to Stay (Doc. # 103) on March 10, 2011. For the reasons that follow, the Court denies the motion as moot.

**Discussion**

On April 1, 2010, Smith filed a motion to amend the complaint to join Defendant Spiderwebart. (Doc. # 34). This Court granted the motion to join Spiderwebart on July 26, 2010. (Doc. # 62). Smith filed an amended complaint joining Spiderwebart as a defendant on August 2, 2010. (Doc. # 68).

On October 18, 2010, Spiderwebart filed a motion to dismiss for lack of personal jurisdiction. (Doc. # 79). This Court denied the motion to dismiss on March 3, 2011. (Doc. # 99). Spiderwebart filed the instant motion to stay pending the resolution of its petition the Eleventh Circuit for a writ of mandamus directing this Court to vacate the order denying Spiderwebart's motion to dismiss.

On March 17, 2011, Smith filed a Notice containing the Eleventh Circuit's March 16, 2011, decision denying Spiderwebart's petition for writ of mandamus. (Doc. # 105). Therein, the Eleventh Circuit found that Spiderwebart "has neither shown a clear and undisputable right to the remedy it seeks nor demonstrated the inadequacy of other available remedies." (Doc. # 105-1 at 1). The Eleventh Circuit also ruled, "the emergency motion for stay pending resolution of the petition is denied as moot." Id. In light of the Eleventh Circuit's aforementioned ruling, this Court denies as moot Spiderwebart's motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Spiderwebart's Motion to Stay Order Denying Motion to Dismiss for Lack of Personal Jurisdiction Pending Petition for Writ of Mandamus is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>17th</u> day of March 2011.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record