UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY SMITH d/b/a Art Attack Studios,

Plaintiff,

v. Case No.: 8:09-cv-1013-T-33EAJ

TRANS-SIBERIAN ORCHESTRA, ET AL.,

Defendants.
_______________________________/

**ORDER**

This matter is before the Court pursuant to the parties' Stipulated Motion for an Extension of Current Case Management and Scheduling Order Deadlines (Doc. # 116), which was filed on July 26, 2011. In the Motion, the parties jointly request a nine month extension of all case management deadlines. The Court has reviewed the Motion and determines that the relief requested therein is not appropriate. The Court therefore denies the Motion.

**Discussion**

Smith initiated this copyright action against the Defendants on June 1, 2009. (Doc. # 1). On July 16, 2009, the Clerk designated this case as a track two case pursuant to Local Rule 3.05, M.D. Fla. (Doc. # 14).

On November 6, 2009, the Court entered its initial Case Management and Scheduling Order (Doc. # 27) setting this case for a jury trial during the Court's February 2011, trial term. Thereafter, the parties moved for one extension of time after another. (Doc. ## 4, 35, 54, 60, 81, and 95). The Court granted each extension motion. Particularly, on January 21, 2011, the parties moved for a seven month extension of each case management deadline. (Doc. # 95). The Court granted that motion and set this case for a jury trial during the Court's March 2012, trial term. (Doc. ## 97, 98).

By the present Motion, the parties seek a similarly sweeping extension of the case management deadlines–-this time for nine months. As a justification for the requested extension, Plaintiffs indicate that they seek to add two additional defendants to the case: Bravado International Group and American Greetings Corporation. However, in the Motion, the parties indicate that "On or about **August 26, 2010**, counsel for Plaintiff and Defendants met and conferred by telephone [and] . . . Plaintiff's counsel indicated that Plaintiff would be filing a motion for leave to file a second amended complaint, adding Bravado International Group and

American Greetings Corporation as Defendants." (Doc. # 116 at 3)(emphasis added).

Eleven months have passed since the August 26, 2010, telephone conference, and the present Motion is the very first attempt Plaintiff has made toward the addition of Bravado and American Greetings as defendants in this case. The Court views the present extension motion as a patently untimely motion to add additional defendants. The deadline to add new defendants has long passed. Had Plaintiff filed the motion to join Bravado and American Greetings in August 2010, the Court may have granted the request. Eleventh months later, the belated request comes too late.

With a jury trial set to take place in March 2012, this track two case is already pushing the limits of the Court's Local Rules, which call for track two cases to be tried within two years of the filing of the complaint. See Local Rule 3.05(c)(2)(D), M.D. Fla. The Court "must take an active role in managing cases on [its] docket" and enjoys broad discretion "in deciding how best to manage the cases before [it]." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). The Court views the lengthy extension sought to be unjustified and therefore, denies the Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) the parties' Stipulated Motion for an Extension of Current Case Management and Scheduling Order Deadlines (Doc. # 116) is **DENIED**.

(2) This case shall remain on its current track for pretrial conference and trial.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of July, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record